# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| SCOTT JOHNSON, | Case No.: 2:15-CV-00294-JAM-AC |
| Plaintiff, | **ORDER** |
| v. | |
| DAVID LOZANO; MARIE B. LOZANO; and Does 1-10, | |
| Defendants | |

IT IS HEREBY ORDERED, that the settlement conference in this matter is continued from January 14, 2016 to July 28, 2016, at 9:00 a.m.

DATED: January 14, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

*Johnson v. Lozano, et al.*
ORDER