**ANDREW RAUCH, APC**
A Professional Law Corporation
Andrew K. Rauch, Esq. (SBN 137657)
Elizabeth M. MacKinnon, Esq. (SBN 309895)
110 West C Street, Suite 2200
San Diego, CA 92101
Phone: (619) 515-1140
Facsimile: (619) 235-9100
rauch@rauchapc.com

Attorneys for Defendants,
DAVID LOZANO and MARIE B. LOZANO

**CENTER FOR DISABILITY ACCESS**
Phyl Grace, Esq., SBN 171771
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff, SCOTT JOHNSON

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| SCOTT JOHNSON, | Case No.: 2:15-CV-00294-JAM-AC |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO COMPLETE VOLUNTARY DISPUTE RESOLUTION PROGRAM** |
| v. | |
| DAVID LOZANO; MARIE B. LOZANO; and Does 1-10, | |
| Defendants | |

   Plaintiff SCOTT JOHNSON ("Plaintiff") and Defendants DAVID LOZANO, and MARIE B. LOZANO ("Defendants") hereby stipulate to extend the deadline to complete

the Parties' participation in the Voluntary Dispute Resolution Program ("VDRP"). The Parties have agreed to participate in VDRP, and have reached an agreement on a date that accommodates all Parties. The Parties will complete participation in VDRP on March 24, 2017.

LET THIS HONORABLE COURT TAKE NOTICE:

IT IS HEREBY STIPULATED

DATED: February 9, 2017   **ANDREW RAUCH, APC**

By:   /s/ Andrew K. Rauch
    Andrew K. Rauch, Esq.
    Elizabeth M. MacKinnon, Esq.
    Attorneys for Defendants Jose Luis Ramirez;
    Claudia R. Delgado-Ramirez;
    J. Isaac Castro and Elvira Castro

Dated: February 9, 2017   **CENTER FOR DISABILITY ACCESS**

By:   /s/ Dennis Price
    Dennis Price
    Attorney for Plaintiff, Scott Johnson

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Andrew K. Rauch, counsel for Defendants, and that I have obtained Dennis Price's authorization to affix his electronic signature to this document.

Dated: February 9, 2017          **ANDREW RAUCH APC**

                                 By: __/s/ Andrew K. Rauch_____
                                     Andrew K. Rauch,
                                     Attorney for Defendants

# ORDER

On February 9, 2017 the Parties entered into a Stipulation to Extend Deadline to Complete the Voluntary Dispute Resolution Program.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

The Parties will complete their participation in the Voluntary Dispute Resolution Program by March 24, 2017.

IT IS SO ORDERED.

DATE: 2/9/2017                          /s/ John A. Mendez\_\_\_\_   _____
                                        John A. Mendez
                                        United States District Court Judge